United States Courts Southern
District of Texas
FILED

*May 24, 2023*

Nathan Ochsner, Clerk of Court

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | **4:23-cr-00226** |
| | § | |
| **VS.** | § | **CRIMINAL NO.** |
| | § | |
| **ANTOINE DUANE BROOKS,** | § | |
| **TYREE SHAMAR HEBERT, and** | § | |
| **KAMARA MONIE HALL,** | § | |
| **Defendants.** | § | |

## INDICTMENT

The Grand Jury Charges That:

## COUNT ONE

### (Stalking)

On or about June 1, 2022, through April 24, 2023, in the Southern District of Texas and elsewhere,

**ANTOINE DUANE BROOKS,
TYREE SHAMAR HEBERT, and
KAMARA MONIE HALL,**

the defendant, with the intent to injure, harass, intimidate, and place under surveillance with intent to injure, harass, and intimidate another person, did use the mail, an interactive computer service and electronic communication service and electronic communication system of interstate commerce, and any other facility of interstate and foreign commerce to engage in a course of conduct that caused,

1

attempted to cause, and would be reasonably expected to cause substantial emotional distress to that person, and placed that person in reasonable fear of death or serious bodily injury to a pet to wit: **ANTOINE DUANE BROOKS, TYREE SHAMAR HEBERT, and KAMARA MONIE HALL**, used interstate facilities, namely the cellular phone and the Internet, to make threatening calls and send threatening text messages to and regarding Lewis Smulders, causing substantial emotional distress to Lewis Smulders.

**All in violation of Title 18, United States Code, Section 2261A(2)(A) and (B).**

## COUNT 2

**(Interstate Transmission of Extortionate Communication)**

On or about June 1, 2022, through April 24, 2023, within the Southern District of Texas and elsewhere, the defendant,

**ANTOINE DUANE BROOKS,**
**TYREE SHAMAR HEBERT, and**
**KAMARA MONIE HALL,**

knowingly transmitted communications through a channel of interstate commerce, namely the internet and a cellular telephonic service provider, containing a threat to injure the reputation of Lewis Smulders and threatening to accuse him of having

2

a criminally inappropriate relationship with a minor, with the intent to extort a

thing of value from Lewis Smulders, namely money.

**In violation of Title 18, United States Code, Section 875(d).**


A TRUE BILL:

## Original Signature on File

FOREMAN OF THE GRAND JURY


Alamdar S. Hamdani
United States Attorney


By: Sherri L. Zack
Assistant United States Attorney
713-567-9374

3