United States Courts
Southern District of Texas
FILED

MAY 3 0 2023

Nathan Ochsner, Clerk of Court

To the Judge of the day...

I and others are in a familial relationship with a man who we care deeply about and who lavishes us with gifts of his own free will.

Relatives of this man desiring to maintain the largest possible inheiritan have extorted these gifts from us and continue to interfere with our lawful consentual relationship for their own financial gain.

In the process of these tortious acts, false and malitions prosecutions have been brought againts us along with various entrapments contrary to law and reason.

Please dismiss with presuder all charges agaist us and order the prosecuter to prosecute them for their tourtuos interference.

Please issue a restraining order as is appropriat to prevent future interference in our consentual, lawful enjoyment of our familial relations as any straight white family would normaly enjoy and put a stop to our deprivation of rights under color of law...

Respectfully,
Brooks, Antoine
08026506



Antoine Brooks # 08026-506
FDC Houston
Federal Detention Center
P.O. Box 526255
Houston Tx, 77052

United States Courts
Southern District of Texas
FILED
MAY 30 2023
Nathan Ochsner, Clerk of Court

NORTH HOUSTON TX 773

26 MAY 2023 PM 3 L

PROTECT
USA ★ FOREVER

Judge of the Day
United States District Court
Southern District of Texas
Houston Division
515 Rusk St
Houston Tx, 77002

77002-262399