For: Judge Hoyt
From: Kamara Hall
Date: December 10, 2023                    4:23-cr-00226-3

Hi Judge Hoyt this is Kamara Hall
and i am writing this letter to reach out
to you about my case I would like
for you to look into my case because
i am sitting in her not Guilty i am
innocent i am willing to take a lie
detector test and anything else to prove
my innocence my grandma died my
mom is sick and i need to be there
to provide and help my family specially
my two year old daughter that i am
missing dearly. I feel that my lawyer
is not trying to help me or prove my
innocence so i am begging please for
you to look into my case and to give me
a chance to prove my innocence my court
dates keep pushing back to months later
so i been sitting in here for no reason
at all not Guilty i really need to
get home to my family im really needing
them specially at this moment. Thank
you Judge Hoyt for consideration and
for taking your time to read my letter

United States Courts
Southern District of Texas
FILED

DEC 22 2023

Nathan Ochsner, Clerk of Court

Kamara Hall #06198506
500 Hilbig Rd
Conroe, Texas 77301

United States Courts
Southern District of Texas
FILED

DEC 22 2023

Nathan Ochsner, Clerk of Court

NORTH HOUSTON TX 773
11 DEC 2023 PM 4 L



**This is Legal Mail
Has not been inspected**

Judge Kenneth Hoyt
515 Rusk St
Houston texas 77002

77002-260099