United States Courts
Southern District of Texas
FILED

*April 10, 2025*

Nathan Ochsner, Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS.** | § | **CRIMINAL NO.: 4:23-cr-226S** |
| | § | |
| | § | |
| **ANTOINE DUANE BROOKS,** | § | |
| **TYREE SHAMAR HEBERT, and** | § | |
| **KAMARA MONIE HALL,** | § | |
| **Defendants.** | § | |
| | § | |

## SUPERSEDING INDICTMENT

The Grand Jury Charges That:

## COUNT ONE

### (Stalking)

On or about June 1, 2022, through April 24, 2023, in the Southern District of

Texas and elsewhere,

**ANTOINE DUANE BROOKS,**
**TYREE SHAMAR HEBERT, and**
**KAMARA MONIE HALL**,

the defendant, with the intent to injure, harass, intimidate, and place under

surveillance with intent to injure, harass, and intimidate another person, did use the

mail, an interactive computer service and electronic communication service and

electronic communication system of interstate commerce, and any other facility of

interstate and foreign commerce to engage in a course of conduct that caused,

attempted to cause, and would be reasonably expected to cause substantial emotional distress to that person, and placed that person in reasonable fear of death or serious bodily injury to a pet to wit: **ANTOINE DUANE BROOKS, TYREE SHAMAR HEBERT, and KAMARA MONIE HALL**, used interstate facilities, namely the cellular phone and the Internet, to make threatening calls and send threatening text messages to and regarding Lewis Smulders, causing substantial emotional distress to Lewis Smulders.

All in violation of Title 18, United States Code, Section 2261A(2)(A) and (B).

## COUNT 2

### (Interstate Transmission of Extortionate Communication)

On or about June 1, 2022, through April 24, 2023, within the Southern District of Texas and elsewhere, the defendant,

**ANTOINE DUANE BROOKS,**
**TYREE SHAMAR HEBERT, and**
**KAMARA MONIE HALL**,

knowingly transmitted communications through a channel of interstate commerce, namely the internet and a cellular telephonic service provider, containing a threat to injure the reputation of Lewis Smulders and threatening to accuse him of having

2

a criminally inappropriate relationship with a minor, with the intent to extort a thing of value from Lewis Smulders, namely money.

**In violation of Title 18, United States Code, Section 875(d).**

## COUNT THREE

### (Sex Trafficking by Force, Fraud or Coercion)

From on or about March 1, 2022, through April 24, 2023, in the Southern District of Texas and elsewhere,

**ANTOINE DUANE BROOKS,**

defendant herein, in and affecting interstate and foreign commerce, knowingly recruited, enticed, harbored, transported, provided, obtained, advertised, maintained, patronized and solicited by any means a person, namely a female known as Adult Victim 1, and benefitted financially and by receiving anything of value from participation in a venture which has engaged in recruiting, enticing, harboring, transporting, providing, obtaining, maintaining, advertising, patronizing and soliciting by any means Adult Victim 1, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, and coercion, and any combination of such means, would be used to cause Adult Victim 1 to engage in a commercial

sex act.

**In violation of Title 18, United States Code, Sections 1591(a), (b)(1) and 2.**

## COUNT FOUR

### (Sex Trafficking of Minors)

From on or about March 1, 2022, through July 24, 2022, in the Southern District of Texas and elsewhere,

**ANTOINE DUANE BROOKS,**

defendant herein, in and affecting interstate and foreign commerce, knowingly recruited, enticed, harbored, transported, provided, obtained, advertised, maintained, patronized and solicited by any means a person, namely a minor male known as Minor Victim 1, who had attained the age of 14, but was under 18, and benefitted financially and by receiving anything of value from participation in a venture which has engaged in recruiting, enticing, harboring, transporting, providing, obtaining, maintaining, advertising, patronizing and soliciting by any means Minor Victim 1, knowing and in reckless disregard of the fact that (1) means of force, threats of force, fraud, and coercion, and any combination of such means, would be used to cause

4

Minor Victim 1 to engage in a commercial sex act, and that (2) Minor Victim 1, whom the defendant had a reasonable opportunity to observe, had not attained the age of 18 years and would be caused to engage in a commercial sex.

**In violation of Title 18, United States Code, Sections 1591(a), (b), (c) and (2).**

## COUNT FIVE

**(Sex Trafficking by Force, Fraud or Coercion)**

From on or about July 27, 2022, through April 24, 2023, in the Southern District of Texas and elsewhere,

**ANTOINE DUANE BROOKS,**

defendant herein, in and affecting interstate and foreign commerce, knowingly recruited, enticed, harbored, transported, provided, obtained, advertised, maintained, patronized and solicited by any means a person, namely a male known as Adult Victim 2, and benefitted financially and by receiving anything of value from participation in a venture which has engaged in recruiting, enticing, harboring, transporting, providing, obtaining, maintaining, advertising, patronizing and soliciting by any means Adult Victim 1, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, and coercion, and any combination

of such means, would be used to cause Adult Victim 1 to engage in a commercial sex act.

**In violation of Title 18, United States Code, Sections 1591(a), (b)(1) and 2.**

## NOTICE OF FORFEITURE

### (18 U.S.C. § 1594(d))

Pursuant to Title 18, United States Code, Section 1594(d), the United States gives notice to defendant,

**ANTOINE DUANE BROOKS,**

that in the event of conviction of the offenses charged in Counts Three through Five of this Indictment, the following property is subject to forfeiture:

(1)     all real and personal property that was involved in, used, or intended to be used to commit or to facilitate the commission of such violation and all property traceable to such property; and

(2)     all real and personal property constituting or derived from proceeds obtained, directly or indirectly, as a result of such violation and all property traceable to such property.

## **Money Judgment and Substitute Assets**

In the event that a condition listed in Title 21, United States Code, Section 853(p) exists, the United States will seek to forfeit any other property of the defendant in substitution up to the total value of the property subject to forfeiture. The United States may seek the imposition of a money judgment.

A TRUE BILL:

Original Signature on File

_____

FOREMAN OF THE GRAND JURY

Nicholas J. Ganjei
United States Attorney

By: _____
Sherri L. Zack
Assistant United States Attorney
713-567-9374